**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GENE MATTERA, an individual, and
ACCESS 4 ALL, INC a Florida not for
Profit Corporation

           Plaintiff(s),

   vs.

MARKER LV PROPCO, LLC, a Nevada
Limited Liability Company

           Defendant(s).

Case # 2:26-cv-01479-RBF-NJKfl

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

      Julie C. Collange, Esq.     , Petitioner, respectfully represents to the Court:
       (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

      The Mineo Salcedo Law Firm, P.A.
               (firm name)

with offices at            5600 Davie Road
                 (street address)

     Davie              Florida          33314
     (city)             (state)        (zip code)

  (954) 463-8100        jcollange@mineolaw.com
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Gene Mattera, Juan Carlos Gil, and Access 4 All  to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____September 20, 2016_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Southern District of Florida | February 19, 2019 | 123779 |
| U.S. District Court, Middle District of Florida | April 3, 2025 | 123779 |
| U.S. District Court, Northern District of New York | December 27, 2025 | 706865 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar Association.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| SEE EXHIBIT "B" | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Florida_____ )
COUNTY OF _____Broward_____ )

_____Ju l ie C Collage_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_21ˢᵗ_ day of _May_____, 2026

_____
Notary Public or Clerk of Court

ALEXANDRA M. ROADFUSS
MY COMMISSION # HH 690024
EXPIRES: October 6, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Lee Iglody_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2580 St Rose Parkway, Suite 330_____,
(street address)

_____Henderson_____, _____Nevada_____, _89074_,
(city)                    (state)              (zip code)

_____702-425-8366_____, _____lee@iglody.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

Docusign Envelope ID: CAF0CE5077FD-8F31-8173-FDF91ER59EE8

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Lee Iglody _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Gene Mattera_
(party's signature)

GENE MATTERA
(type or print party name, title)

_Juan Gil_
(party's signature)

JUAN CARLOS GIL
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7757                          lee@iglody.com
Bar number                    Email address

APPROVED:

Dated: this __28__ day of ____May____, 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

EXHIBIT "A"

| Name of Court | Date of Admission | Active/Good Standing |
|---|---|---|
| Florida | September 20, 2016 | Yes |
| U.S. District Court, Southern District of Florida | February 19, 2019 | Yes |
| U.S. District Court, Middle District of Florida | April 3, 2025 | Yes |
| U.S. District Court Northern District of New York | October 20, 2025 | Yes |

*Certificates of good standing to follow



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0123779
Julie Capucine Collange
5600 Davie Rd
Davie, FL 33314-7103

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 20, 2016**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  20th  day of **May, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-412721

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,    **Angela E. Noble,**     Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Julie Capucine Collange** , Florida Bar # **123779**, was duly admitted to

practice in this Court on **February 19, 2019**, and is in good standing as a member of the Bar of this

Court.

Dated at: **Miami, Florida** on May 23, 2026.

Angela E. Noble
Court Administrator • Clerk of Court

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT

for the

## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Megan A. Mann**, Clerk of this Court, do hereby certify that **Julie Collange**, Florida Bar # **0123779**, was duly admitted to practice in this Court on **April 03, 2025**, and is in good standing as a member of the Bar of this Court.

Dated May 23, 2026.



**Megan A. Mann**

*Clerk of Court*

EXHIBIT "B"

## EXHIBIT "B"

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 5/30/25 | John Meggs, an individual and Access 4 All, Inc, a Florida not-for-profit corporation v. SRP Plaza, L.P. Case no. **2:25-cv-00850-JAD-BNW** | United Stated District Court for the District of Nevada | Granted |
| 6/4/25 | John Meggs, an individual and Access 4 All, Inc, a Florida not-for-profit corporation v. TL Claudill Enterprises Case no. **2:25-cv-00889** | United Stated District Court for the District of Nevada | Granted |
| 5/27/26 | Gene Mattera, an individual, Juan Carlos Gil, an individual, and Access 4 All, Inc, a Florida not-for-profit corporation v. Signature Tower I, LLC Case no. **2:26-cv-01496** | United Stated District Court for the District of Nevada | Pending |