CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: chad.butterfield@jacksonlewis.com

*Attorneys for Defendant*
*Marker LV Propco LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENE MATTERA, an individual,<br><br>And ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MARKER LV PROPCO LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:26-cv-01479-RFB-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiffs Gene Mattera and Access 4 All, Inc. ("Plaintiffs"), and Defendant Marker LV Propco LLC ("Defendant"), by and through their respective undersigned counsel, that the deadline for Defendant to file and serve its responsive pleading shall be extended to September 3, 2026.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendant was only recently retained and requires additional time to investigate the issues raised in Plaintiffs' complaint, and to confer with Defendant as to same.

///

///

///

///

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 13th day of August, 2026.

THE MINEO SALCEDO LAW FIRM, P.A.

*/s/ Julie C. Collange*
Julie C. Collange, Esq.
Florida Bar No. 123779 (Pro Hac Vice)
THE MINEO SALCEDO
LAW FIRM, P.A.
5600 Davie Road
Davie, Florida 33314

-and-

IGLODY LAW
Lee I. Iglody, Esq.
Nevada Bar No. 7757
2580 St. Rose Pkwy, Suite 330
Henderson, Nevada 89074

*Attorneys for Plaintiffs*
*Gene Mattera and Access 4 All, Inc.*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*First National Realty Partners LLC*

**ORDER**

IT IS SO ORDERED.

______________________________
United States Magistrate Judge

Dated: August 14, 2026